# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                               Case No. 8:24-cr-222-VMC-CPT

**ALMANDO SAPP, JR.**
_____/

## **DEFENSE MITIGATION WITNESS LIST**

The Defendant, ALMANDO SAPP, JR., intends to call the following persons as witnesses during sentencing in the above-styled cause:

1. Eric A. Imhof, Psy.D.
2. Glenn Sapp

DATED this 12th day of May 2025.

                                                                       Respectfully submitted,

                                                                        A. FITZGERALD HALL, ESQ.
                                                                        FEDERAL DEFENDER

                                                                        _/s/ Adam B. Allen_
                                                                        Adam B. Allen, Esq.
                                                                        Assistant Federal Defender
                                                                        Florida Bar No. 0998184
                                                                        Federal Public Defender's Office
                                                                        400 North Tampa Street, Suite 2700
                                                                        Tampa, Florida 33602
                                                                        Telephone: (813) 228-2715
                                                                        Facsimile: (813) 228-2562
                                                                        Email: Adam_Allen@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

AUSA Ilyssa Spergel

*/s/ Adam B. Allen*
Adam B. Allen, Esq.
Assistant Federal Defender